*Charles R. Andres* and *David M. Cusick*, in opposition.

Decided May 20, 2010

STATE OF CONNECTICUT *v.* MICHAEL P. MILLER

The defendant's petition for certification for appeal from the Appellate Court, 120 Conn. App. 133 (AC 29672), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Katharine S. Goodbody*, special public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided May 20, 2010

STATE OF CONNECTICUT *v.* JOHN PAPANDREA

The defendant's petition for certification for appeal from the Appellate Court, 120 Conn. App. 224 (AC 29768), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the state of Connecticut had presented sufficient evidence of the defendant's intent to commit larceny?"

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18616.